Original

**FILED**

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)

JSW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shirone Banks,
                    Plaintiff,

vs.

M. S. Evans, eT al.
                    Defendant.

CASE NO. CV 08 3224

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Shirone Banks, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _N/A_____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or         Yes ___ No _X_
10      self employment
11  b.  Income from stocks, bonds,      Yes ___ No _X_
12      or royalties?
13  c.  Rent payments?                  Yes ___ No _X_
14  d.  Pensions, annuities, or         Yes ___ No _X_
15      life insurance payments?
16  e.  Federal or State welfare payments,  Yes ___ No _X_
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _N/A_____
22  _____

23  3.  Are you married?                 Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ __N/A__

APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  ___N/A_____
6  _____
7  5. Do you own or are you buying a home?          Yes ___ No _X_
8  Estimated Market Value: $_____—_____ Amount of Mortgage: $____—____
9  6. Do you own an automobile?                      Yes ___ No _X_
10 Make ____—____ Year ____—____ Model ____—____
11 Is it financed? Yes _—_ No _—_ If so, Total due: $ ____—____
12 Monthly Payment: $ ____—____
13 7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: ___N/A_____
15 _____
16 Present balance(s): $ __N/A__ ⊘ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ ____—____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8. What are your monthly expenses? N/A
22 Rent: $ ____—_____ Utilities: ____—_____
23 Food: $ ____—_____ Clothing: ____—_____
24 Charge Accounts:
25 Name of Account         Monthly Payment              Total Owed on This Acct.
26 _____  $ ____—____                  $ ____—____
27 ___N/A_____  $ ____—____                  $ ____—____
28 _____  $ ____—____                  $ ____—____

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

~~☒~~ NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 18, 2008.                    /s/ _Banks_
       DATE                        SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA PAUPERIS              - 4 -

ORIGINAL
FILED

" -  5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Number: _____

E-filing

CV 08    3224 (PR)

JSW

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Banks, Clyde** T13203 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020                [prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **1.26**.

Dated: **6/**                            **L. Macias**
                                          [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                          REPORT DATE: 06/20/08
                                                                 PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 20, 2008

ACCOUNT NUMBER : T13203                          BED/CELL NUMBER: FCB3T1000000117U
ACCOUNT NAME   : BANKS, CLYDE SHIRONE            ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION      COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----   -----------      -------     ---------   --------   -----------   -------

12/01/2007     BEGINNING BALANCE                                                    3.77

12/10  FC03  DRAW-FAC 3   1522 C3                                      3.77         0.00
   ACTIVITY FOR 2008
01/08  FR01  CANTEEN RETUR 701750                                      3.77-        3.77
01/08  FC03  DRAW-FAC 3   1754 C3                                      3.77         0.00


                                CURRENT HOLDS IN EFFECT

  DATE         HOLD
 PLACED        CODE          DESCRIPTION              COMMENT        HOLD AMOUNT
 ------       ------      ------------------         ---------       -----------

06/18/2008    H109       LEGAL POSTAGE HOLD          3221 LPOST          4.80

                                TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL           TOTAL         CURRENT        HOLDS        TRANSACTIONS
  BALANCE      DEPOSITS      WITHDRAWALS      BALANCE       BALANCE       TO BE POSTED
 ---------     --------      -----------      -------       -------       ------------

    3.77        0.00            3.77           0.00          4.80             0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6/20/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  L. Macias SVSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

   4.80-